No. 03–9046. RHINES *v.* WEBER, WARDEN, 544 U. S. 269. Motion of Roberto Lange for excess compensation denied.

No. 04–52. RICE, WARDEN, ET AL. *v.* COLLINS. C. A. 9th Cir. [Certiorari granted, 545 U. S. 1151.] Motion of respondent for appointment of counsel granted. Mark R. Drozdowski, Esq., of Los Angeles, Cal., is appointed to serve as counsel for respondent in this case.

No. 04–108. KELO ET AL. *v.* CITY OF NEW LONDON, CONNECTICUT, ET AL., 545 U. S. 469. Motion of respondents to retax costs denied.

No. 04–373. MARYLAND *v.* BLAKE. Ct. App. Md. [Certiorari granted, 544 U. S. 973.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied. Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 04–623. GONZALES, ATTORNEY GENERAL, ET AL. *v.* OREGON ET AL. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1145.] Motion of Charlene Andrews et al. for leave to intervene granted.

No. 04–944. ARBAUGH *v.* Y & H CORP., DBA THE MOONLIGHT CAFE. C. A. 5th Cir. [Certiorari granted, 544 U. S. 1031.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1067. GEORGIA *v.* RANDOLPH. Sup. Ct. Ga. [Certiorari granted, 544 U. S. 973.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1144. AYOTTE, ATTORNEY GENERAL OF NEW HAMPSHIRE *v.* PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND ET AL. C. A. 1st Cir. [Certiorari granted, 544 U. S. 1048.] Motion of Tim Pawlenty, Governor of Minnesota, et al. for leave to file a brief as *amici curiae* out of time granted.